IN THE UNITED STATES DISTRICT COURT OF
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONNIE W. PIERCE, | ) |
| | ) |
| DEFENDANT/THIRD-PARTY PLAINTIFF, | ) ) |
| | ) |
| v. | ) Civil Action No.: 2:07-CV-00805-MHT |
| | ) |
| ENCOMPASS INSURANCE and fictitious defendants, 1 through 12, | ) ) |
| | ) |
| THIRD-PARTY DEFENDANTS | ) |

**<u>DEFENDANT, ENCOMPASS INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to this Court's Order, Encompass Insurance Company makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Encompass Insurance is the marketing name for a division of Allstate Insurance Company that focuses exclusively on the sale of personal property-casualty insurance products by independent agents. These insurance products are currently written by underwriting companies owned by affiliates (listed below) of Allstate.

Underwriting Company List

    Encompass Indemnity Company
    Encompass Insurance Company
    Encompass Insurance Company of America
    Encompass Property and Casualty Company
    Encompass Independent Insurance Company
    Encompass Home and Auto Insurance Company
    Encompass Insurance Company of New Jersey
    Encompass Property and Casualty Insurance Company of New Jersey
    Encompass Insurance Company of Massachusetts
    Encompass Floridian Insurance Company
    Encompass Floridian Indemnity Company

    For all personal insurance written by these companies in all states except Florida and New Jersey, the business is 100% reinsured by Allstate Insurance Company.

    Respectfully submitted this the 25th day of September 2007.

    */s/ Sue Williamson*

    SUE E. WILLIAMSON [WIL133]
    Attorney for Defendant,
    Encompass Insurance Co.

Of Counsel:
KLASING & WILLIAMSON, P.C.
1601 Providence Park
Birmingham, Alabama 35242
(205) 980-4733 Telephone
(205) 980-4737 Facsimile
suewilliamson@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that Encompass Insurance's Corporate Disclosure Statement has been served on the following counsel of record by CM/ECF on this 25th day of September 2007:

Douglas H. Wooten, Esq.
WOOTEN LAW FIRM, P.C.
P.O. Box 290
LaFayette, Alabama 36862

David Hodge, Esq.
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203-2716

*/s/ Williamson*

_____
Of Counsel