IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MYRON C. PENN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv805-MHT |
| ) | |
| DONNIE W. PIERCE, ) | |
| ) | |
|    Defendant and ) | |
|    Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ENCOMPASS INSURANCE, ) | |
| ) | |
|    Third-Party Defendant. ) | |

## ORDER

It is ORDERED that the motion to remand (Doc. No. 8) is set for submission, without oral argument, on October 23, 2007, with all briefs due by said date.

DONE, this the 5th day of October, 2007.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE