## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **MYRON PENN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| **DONNIE W. PIERCE,** | ) Civil Action No.: 2:07-cv-00805 MHT |
| | ) |
| Defendant/ | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| **ENCOMPASS INSURANCE,** | ) |
| | ) |
| Third-Party Defendant. | ) |

### MOTION TO DISMISS

COMES NOW the Plaintiff, Myron Penn, and moves this Honorable Court to dismiss his claims against Donnie Pierce and Encompass Insurance, with prejudice. As reason therefore, the Plaintiff Myron Penn shows unto the Court that he has resolved his claims with these Defendants.

> /s/ CHRISTINA D. CROW
> CHRISTINA D. CROW
> ATTORNEY FOR THE PLAINTIFF

OF COUNSEL:

JINKS, DANIEL & CROW, P.C.
POST OFFICE BOX 350
UNION SPRINGS, ALABAMA 36089
(334) 738-4225

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing document by electronic filing and/or by placing a copy of the same in the U.S. mail, with proper postage prepaid, on this the 22nd day of October, 2007.

Nick Wooten, Esq.<br>
David Hodge, Esq.<br>
WOOTEN LAW FIRM, P.C.<br>
P.O. Drawer 290<br>
LaFayette AL 36862<br>
<br>
Sue Williamson<br>
KLASING & WILLIAMSON, P.C.<br>
1601 Providence Park<br>
Birmingham, Alabama 35242

                                                                */S/ Christina D. Crow*<br>
                                                                Of Counsel