## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| MYRON PENN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| DONNIE W. PIERCE, | ) Civil Action No.: 2:07-cv-00805 MHT |
| | ) |
| Defendant/ | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| ENCOMPASS INSURANCE, | ) |
| | ) |
| Third-Party Defendant. | ) |

### PLAINTIFF'S INITIAL DISCLOSURES

COMES NOW the Plaintiff, Myron Penn, and provides the following information pursuant to Rule 26.

**Potential Witnesses:**

1. Myron Penn
   c/o   Christina D. Crow

2. Donnie Pierce
   c/o   Nick Wooten

3. Bradley S. Braswell
   219 N. Prairie St.
   Union Springs, AL  36089

**Documents:**

1. Contract between Myron Penn and Donnie Pierce.

**Damages:**

1.   The Plaintiff's damages were based on the failure to release the lien. That lien has now been released and the Plaintiff has filed for dismissal of his claims.


/S/ CHRISTINA D. CROW
CHRISTINA D. CROW
ATTORNEY FOR THE PLAINTIFF


OF COUNSEL:

JINKS, CROW & DICKSON, P.C.
POST OFFICE BOX 350
UNION SPRINGS, ALABAMA 36089
(334) 738-4225


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronic filing and/or by placing a copy of the same in the U.S. mail, with proper postage prepaid, on this the 12th day of December, 2007.

Nick Wooten, Esq.
David Hodge, Esq.
WOOTEN LAW FIRM, P.C.
P.O. Drawer 290
LaFayette AL 36862

Sue Williamson
KLASING & WILLIAMSON, P.C.
1601 Providence Park
Birmingham, Alabama 35242

/S/ Christina D. Crow
Of Counsel