IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MYRON PENN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| DONNIE W. PIERCE, | ) Civil Action No.: 2:07-cv-00805 MHT |
| | ) |
| Defendant/ | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| ENCOMPASS INSURANCE, | ) |
| | ) |
| Third-Party Defendant. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Myron C. Penn, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

_____                     _____

_____                     _____

_____                     _____

/s/ CHRISTINA D. CROW
CHRISTINA D. CROW
ATTORNEY FOR THE PLAINTIFF

OF COUNSEL:

JINKS, CROW & DICKSON, P.C.
POST OFFICE BOX 350
UNION SPRINGS, ALABAMA 36089
(334) 738-4225

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by electronic filing and/or by placing a copy of the same in the U.S. mail, with proper postage prepaid, on this the 10th day of January, 2008.

Nick Wooten, Esq.
David Hodge, Esq.
WOOTEN LAW FIRM, P.C.
P.O. Drawer 290
LaFayette AL 36862

Sue Williamson
KLASING & WILLIAMSON, P.C.
1601 Providence Park
Birmingham, Alabama 35242

/S/ Christina D. Crow
Of Counsel