IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DONNIE W. PIERCE** | ) |
| | ) |
|    **Defendant/Third-Party Plaintiff,** | ) |
| | ) |
| vs. | )   Case No.: 2:07-CV-805-MHT |
| | ) |
| **ENCOMPASS INSURANCE COMPANY** | ) |
| | ) |
|    **Third-Party Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW Thomas E. Bazemore, III and hereby enters this his Notice of Appearance as additional counsel for Third-Party Defendant, ENCOMPASS INSURANCE COMPANY.

Respectfully submitted this the 10th day of June 2008.


                                         s/Thomas E. Bazemore, III
                                         Additional Counsel for Third-Party Defendant
                                         Encompass Insurance Company

**OF COUNSEL**:
HUIE, FERNAMBUCQ AND STEWART, LLP
The Protective Center, Building 3
2801 Highway 280 South, St. 200
Birmingham, AL 35223
(205) 251-1193

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of this the 10th day of June 2008.

Douglas H. Wooten, Esq.
Wooten Law Firm, P.C.
P.O. Box 290
LaFayette, Alabama 36862


01251954.1/1226-0019

David Hodge, Esq.
Pittman, Dutton, Kirby & Hellums, P.C.
2001 Park Place North, St. 1100
Birmingham, Alabama 35203

Sue E. Williamson, Esq.
Klasing & Williamson, P.C.
1601 Providence Park
Birmingham, Alabama 35242
(Additional counsel for Third-Party Defendant Encompass Ins. Co.)

                                            s/Thomas E. Bazemore, III
                                            OF COUNSEL